UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DR. SHELDON KRIEGEL and RUTH KRIEGEL, on Behalf of Themselves and All Others Similarly Situated,<br>　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.,<br>　　　Defendant. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07cv12246-NG<br>*Designated as Lead Case* |
| VERA METZ, on Behalf of Herself and All Others Similarly Situated,<br>　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A.,<br>　　　Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08cv11598-NG<br>*Associated Case* |

**GERTNER, D.J.:**

## ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Order Re: Motions to Dismiss, BAC's motion to dismiss Metz's complaint and BANA's motions to dismiss the complaints of Metz and the Kriegels (**documents #64, 67, and 87**) are **GRANTED**. All other motions are **MOOT** and this case is **DISMISSED.**

**SO ORDERED:**

**Dated: August 10, 2010**　　　　　/s/ Nancy Gertner
　　　　　　　　　　　　　　　　　**NANCY GERTNER, U.S.D.J.**